UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK NATIONAL TRUST COMPANY,

    Plaintiff,

  v.

ANDREAS NOTTEBOHM, et al.,

    Defendants.

Case No. 15-cv-01584-KAW   (SI)

**ORDER RELATING CASE**

On April 9, 2015, Judge Westmore referred this action to this Court, to consider whether the above captioned case should be related to *Nottebohm v. American Home Mortgage Investment Corp, et al.*, 14-4047-SI pursuant to Civil L.R. 3-12. The Court finds that these cases are related, and that the above captioned case should therefore be reassigned to this Court.

**IT IS SO ORDERED.**

Dated: April 23, 2015

                                                      _____
                                                      SUSAN ILLSTON
                                                      United States District Judge

United States District Court
Northern District of California