UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK NATIONAL TRUST COMPANY,

    Plaintiff,

  v.

ANDREAS NOTTEBOHM, et al.,

    Defendants.

Case No. 15-cv-01584-SI

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 16

On April 7, 2015, defendants removed this unlawful detainer action to federal court. Docket No. 1. On April 30, 2015, plaintiff filed a notice informing the Court that defendants had vacated the property and that plaintiff had taken physical possession of the property. Docket No. 16. Plaintiff therefore asks the Court to remand this action to state court. *Id.* Defendants have not responded.

**The Court therefore ORDERS that defendants SHOW CAUSE, in writing to be filed no later than June 1, 2015, why this action should not be remanded to state court as requested.**

**IT IS SO ORDERED.**

Dated: May 27, 2015

_____
SUSAN ILLSTON
United States District Judge